# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>William Robert Norwood III<br>(AKA: Robby Norwood, Robbie Norwood)<br>DOB: XX/XX/XXXX<br><br>*Defendant(s)* | )  Case: 1:21-mj-00266<br>)  Assigned to: Judge Harvey, G. Michael<br>)  Assign Date: 2/25/2021<br>)  Description: COMPLAINT W/ARREST WARRANT<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _January 6, 2021_ in the county of _____ in the _____ in the District of _Columbia_, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) and (2) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, |
| 40 U.S.C. § 5104(e)(2)(D), (G) | Violent Entry and Disorderly Conduct on Capitol Grounds, |
| 18 U.S.C. §§ 1512(c)(2) and 2 | Obstruction of Justice/Congress, |
| 18 U.S.C. § 641 | Theft of Government Property. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Tyler N. Freeman, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 02/25/2021

_____
*Judge's signature*

City and state: Washington, D.C.

G. MICHAEL HARVEY, U.S. MAGISTRATE JUDGE
*Printed name and title*