# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| William Robert Norwood III | ) Case No. |
| (AKA: Robby Norwood, Robbie Norwood) | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **William Robert Norwood III**, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) and (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2)(D), (G) - Violent Entry and Disorderly Conduct on Capitol Grounds;
18 U.S.C. §§ 1512(c)(2) and 2 - Obstruction of Justice/Congress;
18 U.S.C. § 641 - Theft of Government Property.

Date: 02/25/2021

*Issuing officer's signature*

Digitally signed by G. Michael Harvey
Date: 2021.02.25 20:54:37 -05'00'

City and state: Washington, D.C.     G. MICHAEL HARVEY, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 02/25/2021, and the person was arrested on *(date)* 02/25/2021 at *(city and state)* Greer, South Carolina.

Date: 02/26/2021

*Arresting officer's signature*

TANYA EVANINA - SPECIAL AGENT FBI
*Printed name and title*