# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                    )   Crim. No. 1:21-mj-00266<br>)<br>WILLIAM NORWOOD III         )<br>_____ ) | |

## NOTICE OF APPEARANCE

Please note the appearance of undersigned counsel for the defendant, William Norwood III, pursuant to the Court's appointment under the Criminal Justice Act (CJA.

Respectfully Submitted,

/s/ *Peter A. Cooper*
―――――――――――――――
Peter A. Cooper, (#478-082)
400 Fifth Street, NW.
Suite 350
Washington DC 20001
pcooper@petercooperlaw.com
Counsel for William Norwood III

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Appearance is being filed via the Electronic Court Filing System (ECF), causing a copy to be served upon government counsel of record, this 16th day of March, 2021.

/s/ *Peter A. Cooper*
―――――――――――――――
Peter A. Cooper