**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| v. | : | Case No.: 21-CR-233-EJS |
| | : | |
| | : | |
| **WILLIAM ROBERT NORWOOD III,** | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF FILING DISCOVERY CORRESPONDENCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, hereby files its March 29, 2021 discovery letter in this case, which was served as an attachment via ECF on counsel for the defendant.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY
D.C. Bar No. 415793

By:    \_\_/s/ *Hava Mirell*_____
Hava Mirell
California Bar No. 311098
Assistant United States Attorney
Detailee
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, DC 20001
Tel. (213) 894-0717
hava.mirell@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 29th day of March, 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                                           /s/ *Hava Mirell*
                                           Hava Mirell
                                           Assistant United States Attorney
                                           Detailee