**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA          :
                                  :
          v.                      :          CRIMINAL NO. 1-21-cr-233-(EGS)
                                  :
WILLIAM NORWOOD                   :
                                  :
_____:


**<u>DEFENDANT'S CONSENT MOTION TO MODIFY CONDITIONS OF RELEASE</u>**

William Norwood, by and through undersigned counsel respectfully requests that the Court modify the conditions of release in this matter, specifically to allow the Mr Norwood to leave his home to attend a musical event as described below. In support of this Motion, Mr Norwood states the following:

1.  On 20 April, 2021, the Court granted Mr Norwood's bond motion and released him on home confinement at his residence with GPS monitoring. A condition of release was a prohibition on the use of internet/social media. Mr Norwood is being supervised by U.S. probation in the District of South Carolina. Counsel has consulted with Mr Norwood's supervision officer, Mr Cornelius Sterling. Mr Sterling informs to date, Mr Norwood has fully complied with obligations.

2.  Mr Norwood requests permission to leave his home for on the evening of 7 October, 2021 to attend a musical event. On the evening, a musician by the name of David Phelps is coming to play at Mr Norwood's church in Spartanburg. This is the same church Mr Norwood attends on Sundays. Mr Norwood is something of a musician himself, and several years performed as an opening act for Mr Phelps. In addition to being an acquaintance, Mr Norwood, being a practicing Christian believes the event will be an enlightening spiritual event in the further practice of his

religion. Counsel has shared this information with Mr Sterling and the pretrial services officer in DC, Ms daShanta Valentine-Lewis. Both Mr Sterling and Ms Valentine-Lewis will defer to the Court on approval. The event is scheduled to start at 6pm. Mr Norwood believes allowing him and 11pm return deadline will be adequate and reasonable.

3.   Counsel has conferred with the assigned AUSA, Ms Hava Mirell. Ms Mirell does not oppose.

WHEREFORE, William Norwood respectfully requests that he be permitted to leave his home on 7 October 2021 from 6pm to 11pm for the purposes of attending the above-described concert.

Respectfully Submitted,

/s/ *Peter A. Cooper*
_____
Peter A. Cooper, (#478-082)
400 Fifth Street, NW.
Suite 350
Washington DC 20001
pcooper@petercooperlaw.com
Counsel for William Norwood

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion to Modify Conditions of Release is being filed via the Electronic Court Filing System (ECF), causing a copy to be served upon government counsel of record, this 30th day of September, 2021.

/s/ *Peter A. Cooper*
_____
Peter A. Cooper

PeterCooperLaw