UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO. 21-cr-233 (EGS) |
| v. | : | |
| | : | |
| WILLIAM ROBERT NORWOOD III, | : | |
| also known as "Robbie Norwood," | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF FILING DISCOVERY MEMORANDUM

The United States of America by and through its attorney, the Acting United States Attorney for the District of Columbia, hereby files its Memorandum Regarding Status of Discovery as of October 21, 2021, which was served as an attachment via ECF on counsel for the defendant.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY
D.C. Bar No. 415793

By:   __/s/ *Hava Mirell*_____
Hava Mirell
Assistant United States Attorney
Detailee
CA Bar No. 311098
U.S. Attorney's Office
312 N. Spring St., Suite 1100
Los Angeles, CA 90012
Tel. (213) 894-0717
E-mail: hava.mirell@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 22nd day of October, 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                                         /s/ *Hava Mirell*
                                         Hava Mirell
                                         Assistant United States Attorney
                                         Detailee