UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | No. 21-cr-233 (EGS) |
| | : | |
| **WILLIAM ROBERT NORWOOD III,** | : | |
| | : | |
| **Defendant.** | : | |

**UNITED STATES OF AMERICA'S CONSENT MOTION TO FILE UNDER SEAL EXHIBITS TO THE GOVERNMENT'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO REVOKE DEFENDANT <u>WILLIAM ROBERT NORWOOD III'S PRETRIAL RELEASE</u>**

The United States of America hereby moves this Court for an order granting the Government permission to file, under seal, two exhibits to its Supplemental Memorandum in Support of Motion to Revoke Defendant William Robert Norwood III's Pretrial Release. The exhibits contain excerpts of text message conversations between the defendant and his estranged wife that may embarrass or expose intimate and private details about the involved parties. The defendant consents to the filing of this motion.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:   /s/ Hava Mirell
HAVA MIRELL
CA Bar No. 311098
Assistant United States Attorney - Detailee
United States Attorney's Office
for the District of Columbia
(213) 894-0717
Hava.Mirell@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 17th day of February 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ *Hava Mirell*
HAVA MIRELL
CA Bar No. 311098
Assistant United States Attorney - Detailee
United States Attorney's Office
for the District of Columbia
(213) 894-0717
Hava.Mirell@usdoj.gov