**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 21-CR-233 (EGS) |
| : | |
| **WILLIAM ROBERT NORWOOD III,** : | |
| : | |
| **Defendant.** : | |
| : | |

**NOTICE REGARDING CONSENT TO TOLLING OF**
**SPEEDY TRIAL**

The United States of America, by and through the United States Attorney for the District of Columbia, and the defendant William Robert Norwood III, by and through his attorney, Peter Cooper, respectfully submit this notice in response to the Court's February 22, 2022 Minute Order.

On February 2, 2022, the parties filed a joint motion to amend the briefing schedule for the Government's Motion to Revoke Defendant's Pretrial Release. ECF No. 31. The joint motion requested that the Court continue the February 23, 2022 revocation hearing to March 7, 2022, or another date convenient to the Court. *Id.* ¶ 4. In the joint motion, the defendant stated that "[w]ith respect to Speedy Trial Act concerns, the defence agrees that the time limits mandated by 18 U.S.C. § 3161 are tolled for the new period up to this new proposed date of 7 March, 2022." *Id.*

On February 22, 2022, the Court granted the parties' joint motion and continued the revocation hearing to March 10, 2022. The Court further ordered the parties to file a notice indicating whether they consent to tolling speedy trial until March 10, 2022.

The parties consent to the tolling of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7) *et seq.*, between February 23, 2022 and March 10, 2022, and believe that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a

speedy trial. The parties further believe that the time between the filing of the Government's Motion to Revoke on January 13, 2022, and the hearing and/or resolution of the Motion to Revoke on or about March 10, 2022, is automatically tolled pursuant to 18 U.S.C. § 3161(h)(1)(D).

          Respectfully submitted,

          MATTHEW M. GRAVES
          United States Attorney
          D.C. Bar No. 481052

By      /s/ Hava Mirell
          HAVA MIRELL
          CA Bar No. 311098
          Assistant United States Attorney, Detailee
          U.S. Attorney's Office for the District of Columbia
          555 4th Street, N.W.
          Washington, D.C. 20530
          (213) 894-0717
          hava.mirell@usdoj.gov

          /s/ Peter A. Cooper
          PETER A. COOPER
          DC Bar No. 478082
          400 Fifth Street N.W., Suite 350
          Washington, D.C. 20001
          pcooper@petercooperlaw.com
          Counsel for William Robert Norwood IIII

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of this pleading to be served upon defense counsel via the Electronic Case Filing (ECF) system, on February 24, 2022.

/s/ Hava Mirell
HAVA MIRELL
CA Bar No. 311098
Assistant United States Attorney, Detailee
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530
(213) 894-0717
hava.mirell@usdoj.gov