UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Case No. 21-cr-233 (EGS)** |
| **v.** : | |
| : | |
| **WILLIAM ROBERT NORWOOD, III,** : | |
| also known as "Robbie Norwood," : | |
| : | |
| **Defendant.** | |

## NOTICE OF FILING DISCOVERY MEMORANDUM

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, hereby files its Memorandum Regarding Status of Discovery as of February 9, 2022, which was served as an attachment via ECF on counsel for the defendant.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:    /s/ *Hava Mirell*
Hava Mirell
Assistant United States Attorney
Detailee
CA Bar No. 311098
U.S. Attorney's Office
312 N. Spring St., Suite 1100
Los Angeles, CA 90012
Tel. (213) 894-0717
E-mail: hava.mirell@usdoj.gov

## CERTIFICATE OF SERVICE

On this 25th day of February, 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

          /s/ *Hava Mirell*
          Hava Mirell
          Assistant United States Attorney
          Detailee