AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

### for the

District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| WILLIAM NORWOOD III | ) | Case No.  CR 21-233-01 (EGS) |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    WILLIAM NORWOOD III                                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment         ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☒ Order of the Court

This offense is briefly described as follows:

Having contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or
prosecution, including but not limited to co-conspirator, defendant's estranged wife:

Date:    03/10/2022

_____
*Issuing officer's signature*

City and state:    WASHINGTON DC

MARK COATES -DEPUTY CLERK
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  03/10/2022 , and the person was arrested on *(date)*  03/11/2022<br>at *(city and state)*  DUNCAN, SC .<br><br>Date:  03/11/2022                    _____  FOR DUSM DAVID<br>                                        *Arresting officer's signature*                     CRAWFORD<br><br>                                        PATRICK CAMPBELL    SDUSM<br>                                        *Printed name and title* |