## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | **Case No.: 21-CR-233 (EGS)** |
| **WILLIAM ROBERT NORWOOD, III** : | |
| : | |
| **Defendant.** : | |

### NOTICE OF APPEARANCE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Andrew Tessman is entering his appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

DATED: March 21, 2022     By:  */s/ Andrew J. Tessman*
ANDREW J. TESSMAN
Assistant United States Attorney
Federal Major Crimes – Detailee
West Virginia Bar No. 13734
300 Virginia Street
Charleston, WV 25301
(304) 345-2200
Andrew.Tessman@usdoj.gov

## CERTIFICATE OF SERVICE

On this 21st day of March 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

    /s/ ANDREW TESSMAN
ANDREW TESSMAN
Assistant United States Attorney