# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Case No. 1:21-cr-233 (EGS)** |
| **v.** : | |
| : | |
| **WILLIAM ROBERT NORWOOD, III,** : | |
| also known as "Robbie Norwood," : | |
| : | |
| **Defendant.** : | |

## NOTICE OF FILING OF UPDATED SUPERSEDING INDICTMENT

In response to this Court's May 6, 2022, minute order, the government files the attached Superseding Indictment, which has been revised to strike language referring to the "Vice-President elect" in Counts Three and Four.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar Number 481052

By: */s/ Andrew J. Tessman*
ANDREW J. TESSMAN
Assistant United States Attorney
Federal Major Crimes – Detailee
West Virginia Bar No. 13734
300 Virginia Street
Charleston, WV 25301
(304) 345-2200
Andrew.Tessman@usdoj.gov