# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on January 8, 2021

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 21-CR-233 (EGS) |
| | : | |
| v. | : | |
| | : | VIOLATIONS: |
| **WILLIAM ROBERT NORWOOD III,** | : | 18 U.S.C. §§ 1512(c)(2), 2 |
| also known as "Robbie Norwood," | : | (Obstruction of an Official Proceeding) |
| | : | 18 U.S.C. § 641 |
| Defendant. | : | (Theft of Government Property) |
| | : | 18 U.S.C. § 1752(a)(1) |
| | : | (Entering and Remaining in a Restricted |
| | : | Building or Grounds) |
| | : | 18 U.S.C. § 1752(a)(2) |
| | : | (Disorderly and Disruptive Conduct in a |
| | : | Restricted Building or Grounds) |
| | : | 40 U.S.C. § 5104(e)(2)(C) |
| | : | (Entering and Remaining in Certain |
| | : | Rooms in the Capitol Building) |
| | : | 40 U.S.C. § 5104(e)(2)(D) |
| | : | (Disorderly Conduct in |
| | : | a Capitol Building) |
| | : | 40 U.S.C. § 5104(e)(2)(G) |
| | : | (Parading, Demonstrating, or Picketing in |
| | : | a Capitol Building) |
| | : | |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about January 6, 2021, within the District of Columbia and elsewhere, **WILLIAM ROBERT NORWOOD III**, also known as "Robbie Norwood," attempted to, and did, corruptly obstruct, influence, and impede an official proceeding, that is, a proceeding before Congress, by

entering and remaining in the United States Capitol without authority and committing an act of civil disorder and engaging in disorderly and disruptive conduct.

(**Obstruction of an Official Proceeding and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 1512(c)(2) and 2)

## COUNT TWO

On or about January 6, 2021, within the District of Columbia, **WILLIAM ROBERT NORWOOD III**, also known as "Robbie Norwood," did embezzle, steal, purloin, knowingly convert to his use and the use of another, and without authority, sold, conveyed and disposed of any record, voucher, money and thing of value of the United States and any department and agency thereof, that is, a body armor vest and helmet belonging to the United States Capitol Police, which has a value of less than $1,000.

(**Theft of Government Property**, in violation of Title 18, United States Code, Section 641)

## COUNT THREE

On or about January 6, 2021, within the District of Columbia, **WILLIAM ROBERT NORWOOD III**, also known as "Robbie Norwood," did knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was and would be temporarily visiting, without lawful authority to do so.

(**Entering and Remaining in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(1))

## COUNT FOUR

On or about January 6, 2021, within the District of Columbia, **WILLIAM ROBERT NORWOOD III**, also known as "Robbie Norwood," did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in

disorderly and disruptive conduct in and within such proximity to, a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was and would be temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions.

(**Disorderly and Disruptive Conduct in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(2))

### COUNT FIVE

On or about January 6, 2021, within the District of Columbia, **WILLIAM ROBERT NORWOOD III**, also known as "Robbie Norwood," willfully and knowingly, and with the intent to disrupt the orderly conduct of official business, entered and remained in a room in any of the Capitol Buildings set aside and designated for the use of either House of Congress and a Member, committee, officer, and employee of Congress, and either House of Congress, and the Library of Congress, without authorization to do so.

(**Entering and Remaining in Certain Rooms in the Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(C))

### COUNT SIX

On or about January 6, 2021, within the District of Columbia, **WILLIAM ROBERT NORWOOD III**, also known as "Robbie Norwood," willfully and knowingly engaged in disorderly and disruptive conduct within the United States Capitol Grounds and in any of the Capitol Buildings with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress and either House of Congress, and the orderly conduct in that building of a hearing before or any deliberation of, a committee of Congress or either House of Congress.

(**Disorderly Conduct in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(D))

## COUNT SEVEN

On or about January 6, 2021, within the District of Columbia, **WILLIAM ROBERT NORWOOD III**, also known as "Robbie Norwood," willfully and knowingly paraded, demonstrated, and picketed in any United States Capitol Building.

(**Parading, Demonstrating, or Picketing in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(G))