UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No. 1:21-cr-233 (EGS)** |
| v. | : | |
| | : | |
| **WILLIAM ROBERT NORWOOD, III,** | : | |
| also known as "Robbie Norwood," | : | |
| | : | |
| **Defendant.** | : | |

**CONSENT MOTION TO VACATE, CONTINUE, AND
TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The United States of America hereby moves this Court vacate the June 29, 2022 status hearing scheduled in the above-captioned matter, for a 60-day continuance of the above-captioned matter, and further to exclude the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv).   In support of its motion, the government states as follows:

The parties are engaging in ongoing discussions regarding possible resolutions of this case. These discussions have been impacted by the recent transfer by the defendant to another detention facility and counsel for the defendant has only recently been able to meet with the defendant to discuss the resolution of this matter.   While the discussions relating to disposition are encouraging, the parties are not as of yet in a position to bring an agreement before the Court. A short continuance would allow this to happen.

Counsel for the defendant consents to this motion.

WHEREFORE, the government respectfully requests that this Court grant the motion to

vacate the scheduled status hearing, grant a 60-day continuance of the above-captioned proceeding, and that the Court exclude the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv).

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar Number 481052

By: */s/ Andrew J. Tessman*
     ANDREW J. TESSMAN
     Assistant United States Attorney
     Federal Major Crimes – Detailee
     West Virginia Bar No. 13734
     300 Virginia Street
     Charleston, WV 25301
     (304) 345-2200
     Andrew.Tessman@usdoj.gov