UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No. 1:21-cr-233 (EGS)** |
| v. | : | |
| | : | |
| **WILLIAM ROBERT NORWOOD, III,** | : | |
| also known as "Robbie Norwood," | : | |
| | : | |
| **Defendant.** | : | |

**CONSENT MOTION TO VACATE, CONTINUE, AND
TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The United States of America hereby moves this Court vacate the September 7, 2022 status hearing scheduled in the above-captioned matter, for a 30-day continuance of the above-captioned matter, and further to exclude the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv).   In support of its motion, the government states as follows:

The parties are engaging in ongoing discussions regarding possible resolutions of this case, and additional discovery was recently produced by the government. Defense counsel's contact with his client has been limited by the defendant's pretrial detention. While the discussions relating to disposition are encouraging, the parties are not yet in agreement on resolution. A continuance of 30 days would help facilitate resolution and provide time for defense counsel to review the additional discovery with this client.

Counsel for the defendant consents to this motion.

WHEREFORE, the government respectfully requests that this Court grant the motion to

vacate the scheduled status hearing, grant a 30-day continuance of the above-captioned proceeding, and that the Court exclude the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*., on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv).

    Respectfully submitted,

    MATTHEW M. GRAVES
    United States Attorney
    D.C. Bar Number 481052

By: */s/ Andrew J. Tessman*
    ANDREW J. TESSMAN
    Assistant United States Attorney
    Federal Major Crimes – Detailee
    West Virginia Bar No. 13734
    300 Virginia Street
    Charleston, WV 25301
    (304) 345-2200
    Andrew.Tessman@usdoj.gov