UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | Case No. 1:21-cr-233 (EGS) |
| v. | : | |
| | : | |
| **WILLIAM ROBERT NORWOOD, III,** also known as "Robbie Norwood," | : | |
| | : | |
| Defendant. | : | |

# ORDER

Based upon the representations in the Consent Motion to Continue and Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled status hearing on September 7, 2022, is **CONTINUED** and reset for _____; and it is further

**ORDERED** that the time between September 7, 2022, and _____ shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide

**SO ORDERED** this \_\_\_\_\_ day of September, 2022.

_____
United States District Judge