UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | Case No. 1:21-cr-233 (CJN) |
| v. | : | |
| | : | |
| **WILLIAM ROBERT NORWOOD, III,** | : | |
| also known as "Robbie Norwood," | : | |
| | : | |
| **Defendant.** | : | |

**CONSENT MOTION TO VACATE THE STATUS CONFERENCE, STAY
AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The United States of America hereby moves this Court to vacate the October 31, 2022 status hearing scheduled in the above-captioned matter, for a stay of the above-captioned matter, and further to exclude the time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.* until a status hearing to be scheduled following the disposition of the government appeal in *United States v. Fischer et al.*, Nos. 22-3038, 22-3039, & 22-3041 (D.C. Cir.) on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv).  In support of its motion, the government states as follows:

1. The parties are currently in agreement that resolution of this matter is appropriate with a guilty plea to obstruction of justice under 18 U.S.C. § 1512(c)(2), as charged in the Indictment in this case.

2. The parties are aware that *United States v. Miller*, 21-cr-119 (CJN), 2022 WL 823070 (D.D.C. March 7, 2022), is currently on appeal to the D.C. Circuit.  *See Fischer*, *supra*. The D.C. Circuit's decision in *Fischer* will likely provide clarity to the elements required to sustain a conviction to obstruction of justice under 18 U.S.C. § 1512(c)(2).

3.	Therefore, the parties agree that a stay of this case is appropriate until the D.C. Circuit issues a decision in *Fischer*. Within two weeks of a decision in *Fischer*, the parties will contact the Court to schedule the next court hearing.

4.	The parties agree that time is ruled excludable from October 25, 2022, to the next court hearing for speedy trial purposes, pursuant to 18 U.S.C. § 3161.

5.	Defense counsel consents to the filing of this motion.

WHEREFORE, the government respectfully requests that this Court grant the motion to vacate the scheduled status hearing, grant a stay of the above-captioned proceeding, and that the Court exclude the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv).

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar Number 481052

By: */s/ Andrew J. Tessman*
 ANDREW J. TESSMAN
Assistant United States Attorney
Federal Major Crimes – Detailee
West Virginia Bar No. 13734
300 Virginia Street
Charleston, WV 25301
(304) 345-2200
Andrew.Tessman@usdoj.gov
