UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No. 1:21-cr-233 (CJN)** |
| v. | : | |
| | : | |
| **WILLIAM ROBERT NORWOOD, III,** | : | |
| also known as "Robbie Norwood," | : | |
| | : | |
| **Defendant.** | : | |

# ORDER

Based upon the representations in the Consent Motion to Vacate, Stay, and Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled status hearing on October 31, 2022, is **VACATED.** The parties shall contact the Court within two weeks of a decision in *United States v. Fischer et al.*, Nos. 22-3038, 22-3039, & 22-3041 (D.C. Cir.) to schedule the next court hearing; and it is further

**ORDERED** that the time between October 25, 2022, and the next court hearing shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to make an informed decision concerning resolution of this case with a plea agreement.

**SO ORDERED** this _____ day of October, 2022.

_____

United States District Judge