P. 571 (3319) (12/6/21): "There's absolutely ZERO problems caused by us being married. I told you I'm not divorcing you until after my trial. Now stop acting retarded."

P.1019-1027: Messages about how Dana needs to write the attorney and Norwood will give $ in return.

P. 1043-1046 (11/18/21) Messages about how Dana didn't write Norwood's attorney and Norwood saying that he is going to help Dana (i.e. $)…Message 6061: "Dana. Write him."

P.1089 (6297) (11/14/21): "I was thinking that maybe next weekend I'd maybe like to get a few gs of those happy things. I'll buy you some too if you'll get em."

P.1303 (7782-7785) (10/26/21): "I need you to PLEASE tell my lawyer you're going to invoke spousal privilege and refuse to testify against me.  You may be subpoenaed to testify against George or whomever, but you cannot be compelled to say anything about me.  Please baby . . . I need you to please help me in this and I will help you thru whatever.  You know I got you."

P.1304 (7788) (10/26/21): "I told my lawyer about your email and forwarded it to him. PLEASE tell him you told me about changing your mind. Please baby. I'll forever be grateful."

P.1305 (7799) (10/26/21): "You know exactly what happened with me and you know I had nothing to do with anything they had planned. I absolutely fucked up, but I didn't plan it."

P.1313-1314 (7858) (10/26/21): Norwood admits it's him at the door, standing near Tenney.

P.1309 (7827-7828) (10/26/21): Dana says she's not subpoenaed, to which Norwood responds: "YOU FUCKING WILL BE. But they CAN'T MAKE YOU TESTIFY AGAINST ME!!!!"

P. 1317 (7882-7888) (10/26/21): "You better talk to my lawyer….You can refuse to testify as my wife. That's all you gotta do….Just keep your damn mouth shut. They don't know shit."

P.1318-1319 (10/26/21): Norwood demanding Dana help him.

P.1321 (7910-7913) (10/26/21): "I'm not gonna testify against anyone. YOU NEED TO TALK TO MY LAWYER AND TELL HIM YOU WON'T EITHER!!! You need to help me!!!!!!!! You got me in A LOT of this so I need you to HELP ME GET THE FUCK OUT OF SOME OF IT!!!!"

P.1322 (7923) (10/26/21): "I'm telling my lawyer today that you're refusing to testify. I HAVEN'T FUCKING ROLLED ON ANY FUCKING BODY."

P. 1323 (7927) (10/26/21): "YOU NEED TO MAKE THIS RIGHT BY ME"

P.1324 (7934) (10/26/21): "IT'S TIME YOU MADE SHIT RIGHT BY ME!!!! YOU BETTER TELL MY LAWYER YOU WILL NOT TESTIFY AGAINST YOUR HUSBAND!!!"

P. 1332 (7990) (10/26/21): "Make sure the government knows you're done and won't testify. I'll tell my lawyer today. They'll lift conditions and I can help you. Just chill"

P.1944 (12154) (9/24/21): "You told me you'd help me by offering to talk to my lawyer, and you can't even be bothered to send a simple email."

P.1963 (122282) (9/23/21): Dana tells Norwood he's stalking/harassing her

P.6300 (23763) (10/4/21): "I got a court order approved so I could attend the David Phelps concert this week, and I was hoping you could come with me, but you said you couldn't afford the time off."

P.6270 (23165) (10/1/21): "WHY DO I HAVE TO FACE YEARS IN PRISON FOR BASICALLY NOTHING BUT TRESPASSING AND THAT QUEER CAN MAKE BOMBS AND INTEND TO USE THEM TO HURT PEOPLE AND YOU TWO FOOLS KEEP YOUR MOUTHS SHUT????"

P.6272 (23196) (10/1/21): Sounds like Kelli (or another woman) was willing to testify against Matt about the bomb-making stuff.

P. 6273 (23234) (10/1/21): "Well you'll need to say some words to the investigators since Kelly is apparently backing out…." (seems like he wants Dana to corroborate the stuff about Matt and bomb-making stuff for purposes of cooperation)?

P. 6274 (23258) (10/1/21): "You don't tell them shit about us. Just say you sent word that you'd help me by telling the truth about Matt. That's all you have to say. If they ask if I've been in contact with you baby, you just say no, that's it. It's none of their business anyway, but it's also not a requirement or a law that you tell them. Please just help me! If I go to jail, I can't help you with rent anymore. I can't help you at all. Please just HELP ME! JESUS! This shouldn't be so hard baby."

P. 6274 (23268) (10/1/21): "A better plea deal with no prison sentence relies on this. There's on more thing I could possibly say, but I really don't want to. I'd almost rather take the jail time. They've been asking me what the police officer's name is that was there. If they can't figure it out by me saying his name on VIDEO on my phone….wait a fucking minute…

P.6275 (23274-23278) (10/1/21): "I'm not saying his name, Dana. Not in writing and not to anyone else…cause I may end up NEEDING it. This is my life, Dana. They're talking about 53 months. That's FOUR AND A HALF YEARS FOR FUCKING NOTHING… NO VIOLENCE OR DESTRUCTIVE BEHAVIOR AT ALL. I can't believe they're trying to give me YEARS and they're giving others who literally did the same shit probation. This doesn't make sense…they're coming hard for me and I don't deserve it. Hell, one guy who did assault a police officer got to plead down to misdemeanors! Not me! I need fucking help. I don't know why they won't give me the same breaks they're giving everyone else with no violent charges. Literally, so far, almost everyone without a violent charge has gotten a pretty standard 1 to 3 misdemeanors and probation. They're making me ride this out and want to make me take the felon. It isn't fair and it isn't right and I need your help to possibly beat it."

P. 6279 (23327) (10/1/21) ("PLUS…YOU FUCKING TIPPED MATT OFF AND I LOST THE WITNESS I GODDAM NEEDED!!!!!!! HOW FUCKING COULD YOU!??!"

P. 6280 (23362) (10/1/21): "YOU FUCKING COST ME MY GODDAMM BARGAINING CHIP YOU SELFISH LYING BACKSTABBING TWO FACED TWO TIMING NARCISSISTIC SOCIOPATH!!!!!!!!! WHY DID YOU DO THAT TO ME?????????"

P. 6282 (23412) (10/1/21): "Now I'm stuck without the witness I needed because YOU couldn't help yourself"

P.6284 (23471) (10/1/21): Dana messages Norwood's mom and asks her to tell him to stop—shows that Mom is not to be trusted.

P.6286 (23510) (10/1/21): "You contacted Matt screwed me out of an important witness I needed to save my ass from a bad felony, promise to take her place and I'll help you."

P. 6288 (23582) (10/1/21): "Please send the email saying you're willing to help me. I'm not going to tell anyone you sent anything, I just need this to work out so bad. I absolutely NEED to get that felony dropped. This is important. I don't deserve YEARS in prison at all.

P.6292 (23717) (10/3/21): "And I dare you to get mad and tell the Gov…but before you make yet another terrible decision, you should know that involving them isn't going to just lead to my arrest, you will 100% be arrest too. I happen to have, what some people would consider to be, an 'insurance policy' that ensures you get arrested and go to prison.

P. 6296 (23717) (10/3/21): "The right thing for me would be coming here with me this weekend and between rounds, we can discuss what you're going to do to help me avoid prison time. I'm telling you…help me and I'll be so grateful and more likely to be agreeable about sharing you for a little while longer."

P.6305 (23861) (10/5/21): "I may go to jail for a violation, but you'll go to jail for a felony. I guarantee that. I spoke to an attorney today. It's all being handled. I made sure you wouldn't get in trouble, but I'll undo that shit if you involve the law and get me in trouble. I am not kidding. You have no idea what I have."

P.6323 (24350) (10/10/21): "Never forget I retained a lawyer b4 Robbie or you or really any of this shit happened." → Whose number is this?? Matt?

P.6343 (24864) (10/17/21): Norwood acknowledgment of no contact order

P.6395 (26481) (10/26/21): "Make sure the government knows you're done and won't testify. I'll tell my lawyer today. They'll lift conditions and I can help you. Just chill."

Finished at 1441