UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 1:21-cr-233 (CJN) |
| ) | |
| WILLIAM NORWOOD ) | |
| ) | |

**ORDER**

Upon the Motion of defense counsel, and for the reason set forth therein, it is hereby

ORDERED, and the Court

GRANTS the defense counsel's Motion to Withdraw to be replace by Marina Medvin esq.

SO ORDERED.

_____
Honorable Carl J Nichols

_____
Date