# DEFENSE EXHIBIT A

# Uploaded to:

# https://medvinlaw.com/videosharingfinaloutput/