**Steven Wayne Long**
District No. 37 - Spartanburg County
PO Box 161944
Boiling Springs, SC 29316

**Committee:**
Labor, Commerce and Industry



304-A Blatt Building
Columbia, SC 29201

Tel. (803) 212-6878

StevenLong@schouse.gov

# House of Representatives
### State of South Carolina

February 8, 2022

To Whom It May Concern:

I am writing this character reference letter for my friend and constituent, Robbie Norwood.

I have known Robbie for several years and we have worked on a lot of projects together, both political and for community support. One of the things that I most admire about Robbie is that he is very passionate and enthusiastic about what he believes in. He is not afraid to stand up and let his voice be heard. This is exactly the kind of patriotic civic engagement that we need. Unfortunately, sometimes passion and zeal can be mistakenly perceived as hostility or aggressiveness. To the people that don't know Robbie like I do, this could easily be the case.

I have always known Robbie to be a very kind and generous man. He never hesitates to help others and is very involved in his community. For example, he is often assisting with Republican groups and pro-veteran events. I can also personally attest to his vocal talent and he performs the national anthem at many activities.

I hope this helps you understand Robbie a little bit better. He is a good man with a great passion for our country.

Respectfully,

Steven Long