UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) ) ) | |
| v. | ) ) ) | **CRIMINAL CASE NO.: 21-cr-233-CJN** |
| **WILLIAM ROBERT NORWOOD, III,** | ) ) | |
| **Defendant.** | ) ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that in the above-captioned matter, Assistant U.S. Attorney Joseph S. Smith, Jr. is entering his appearance in this matter on behalf of the United States. Assistant United States Attorney Andrew Tessman no longer represents the United States in this matter.

                                              MATTHEW M. GRAVES
                                              UNITED STATES ATTORNEY
                                              D.C. Bar No. 481052

By:    s/ *Joseph S. Smith, Jr.*
           Joseph S. Smith, Jr.
           CA Bar No. 200108
           Assistant U.S. Attorney
           601 D Street, N.W.
           Washington, D.C. 20530
           (619) 546-8299
           joseph.s.smith@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 28th day of April, 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

> */s/ Joseph S. Smith, Jr.*
> JOSEPH S. SMITH, JR.
> Assistant U.S. Attorney