# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　v.<br><br>WILLIAM ROBERT NORWOOD, III,<br><br>　　　　*Defendant*. | Criminal Action No. 1:21-cr-00233 (CJN) |

## ORDER

Upon consideration of Defendant's Motion to Modify Conditions of Pretrial Release, ECF No. 57, and for the reasons stated at the May 5, 2023 hearing, it is **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART**. The Court's Order Setting Conditions of Release, ECF No. 52, is modified as follows:

1. Defendant is restricted to his residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; and

2. Defendant is prohibited from phone and internet use except for purposes relating to work or education, for court appearances, or to communicate with his attorney and the Supervision Office.

All other release conditions in the Court's Order Setting Conditions of Release—including GPS location monitoring and the requirement that Defendant avoid all contact with any person who may be a witness in the investigation or prosecution—shall remain in effect.

It is **SO ORDERED**.

DATE: May 5, 2023

_____
CARL J. NICHOLS
United States District Judge