## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

WILLIAM ROBERT NORWOOD, III,

*Defendant*.

Criminal Action No. 1:21-cr-00233 (CJN)

### ORDER

Upon consideration of Defendant's oral motion to modify conditions of pretrial release, and for the reasons stated at the hearing on June 20, 2023, it is **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**. The Court's Order Setting Conditions of Release, ECF No. 52, is further modified as follows:

1. Defendant is permitted to visit his grandmother, who lives in the vicinity of his residence, at her home, once every two weeks for up to three hours; and

2. Defendant is permitted to visit his daughter, outside of his home, once per week for up to three hours, subject to the following requirements: Defendant's mother must accompany Defendant on each visitation. Defendant must provide advance notice to the pretrial services office or supervising officer of the date, time, and location of each visitation. Defendant must also provide photo documentation of each visitation, including the presence of his mother, to the pretrial services office or supervising officer.

All other release conditions in the Court's Order Setting Conditions of Release, as previously amended, *see* ECF No. 63, shall remain in effect.

It is **SO ORDERED**.

DATE:  June 21, 2023

_____
CARL J. NICHOLS
United States District Judge