UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal Case No: 1:21-cr-00233 |
| ) | |
| WILLIAM ROBERT NORWOOD, III, ) | Status Hearing: Sep. 11, 2023 |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE

William Robert Norwood, III, ("Robbie"), through counsel, requests a modification of his pretrial release conditions pursuant to 8 U.S.C. § 3142(c)(3).

Incorporating the arguments previously made in ECF No. 57, Mr. Norwood adds that since the reduction of his pretrial release conditions four months ago, he has maintained employment, excelled at his work, is beginning an education program, and has been entirely compliant with his pretrial supervision restrictions.

At his September 9, 2023 status hearing, Mr. Norwood will seek to once again continue his case due to the pending issues in *United States v. Edward Jacob Lang*, 64 F.4th 329 (D.C. Cir. 2023), *petition for cert. filed*, (U.S. Jul. 7, 2023)(No. 23-32), and, *United States v. Garret Miller*, 64 F.4th 329 (D.C. Cir. 2023), *petition for cert. filed*, (U.S. Aug. 1, 2023)(No. 23-94), which directly and consequentially impact his case. Mr. Norwood filed a Motion to Dismiss Count One, charged under § 1512(c)(2). *See* ECF No. 56. Mr. Norwood has filed an Amicus Brief in each of these Supreme Court *certiorari* requests. *See* ECF No. 66. Moreover, Mr. Norwood is awaiting a

decision from the D.C. Circuit Court of Appeals in *United States v. Robertson,* Case No. 22-3062 (D.C. Cir.), which also directly impacts his case.[1]

As a result of the extended timeframe he seeks in this case due to the pending litigation, Mr. Norwood would have to continue remaining on pretrial release. Since there have been no violations of any pretrial release conditions over the last 21 months and because the most serious offense in this case (and the only felony) is a nonviolent charge of 18 U.S.C. § 1512(c)(2), the defendant asks to be removed from the Home Incarceration program and instead to be placed on the less restrictive Curfew program.

Based on information and belief, Mr. Norwood's pretrial officer will not be objecting to this request.

Counsel for the Government was notified of the defendant's request on August 30, 2023.

The defendant's request is reasonable and consistent with the 18 U.S.C. § 3142(c)(1)(B) requirement of subjection to only "the least restrictive" pretrial conditions.

Respectfully submitted,

By Counsel:

_____/s/_____
Marina Medvin, Esq.
*Counsel for Defendant*
MEDVIN LAW PLC
916 Prince Street
Alexandria, Virginia 22314
Tel:  888.886.4127
Email: contact@medvinlaw.com

---

[1] The appeal in *Robertson* on the meaning of the term *corruptly* as used in 18 U.S.C. § 1512(c)(2) was filed on Aug. 8, 2022, and oral argument was held on May 11, 2023 before Judges Henderson, Pillard and Pan. An opinion has not yet been issued.

## CERTIFICATE OF SERVICE FOR CM/ECF

      I hereby certify that on Sep. 5, 2023, I will electronically file the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

                                                              /s/
                                         Marina Medvin, Esq.