UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>WILLIAM ROBERT NORWOOD, III, )<br>)<br>Defendant. )<br>) | Criminal Case No: 1:21-cr-00233<br><br>Status Hearing: Sep. 11, 2023 |

## MOTION REQUESTING THE PRESENCE OF PRETRIAL OFFICER

William Robert Norwood, III, ("Robbie") moved to modify his pretrial release conditions pursuant to 18 U.S.C. § 3142(c)(3). *See* ECF No. 67.

Kevin Kennedy, the defendant's direct pretrial supervisor in South Carolina, is aware of the defendant's motion and the upcoming hearing on Sep. 11, 2023, but advised undersigned counsel that he will not call into this hearing unless the District Court requires him to do so. In a voice message to undersigned counsel on Sep. 7, 2023, Mr. Kennedy stated, "If I'm required by the court or requested by them to attend the hearing, I will definitely make sure I'm there. Otherwise, I will not be in attendance."

Mr. Kennedy is the only individual from pretrial services who works directly with Mr. Norwood and can personally attest to his compliance efforts. Accordingly, the defense requests for this Court to instruct Mr. Kennedy to call into the Zoom hearing on Monday, Sep. 11, 2023, at 1 p.m in order to aid the Court in resolving the defendant's retrial release modification request.

Respectfully submitted,

By Counsel:

_____/s/_____
Marina Medvin, Esq.
*Counsel for Defendant*
MEDVIN LAW PLC
916 Prince Street
Alexandria, Virginia 22314
Tel:  888.886.4127
Email: contact@medvinlaw.com

## CERTIFICATE OF SERVICE FOR CM/ECF

    I hereby certify that on Sep. 7, 2023, I will electronically file the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

_____/s/_____
Marina Medvin, Esq.