UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

WILLIAM ROBERT NORWOOD,

*Defendant*.

Criminal Action No. 1:21-cr-233 (CJN)

## SCHEDULING ORDER

Trial shall commence in this matter on **August 26, 2024**, at 9:00 a.m. in Courtroom 17. The following deadlines shall govern pretrial proceedings:

1. The Parties shall file any pretrial motions (including motions *in limine*) on or before **July 12, 2024**; oppositions shall be filed on or before **July 26, 2024**; and replies shall be filed on or before **August 2, 2024**.

2. Before filing a motion, the Parties shall meet and confer to discuss whether any issues presented by the motion can be resolved by agreement of the Parties.

3. The United States shall notify Defendant of its intention to introduce any Rule 404(b) evidence not already disclosed on or before **July 19, 2024**.

4. Any *Brady* material not already disclosed must be disclosed on or before **July 8, 2024**, except for *Brady* material related to witnesses, which shall be disclosed on or before **August 8, 2024**.

5. The United States should endeavor to make grand jury and Jencks Act disclosures as to each witness it expects to call in its case-in-chief on or before **August 8, 2024**.

1

6. On or before **August 8, 2024**, counsel shall file a Joint Pretrial Statement that contains the following:

   a. <u>A neutral statement of the case.</u>  The Parties shall include a neutral statement of the case for the court to read to prospective jurors.

   b. <u>Proposed *voir dire* questions.</u>  The Parties shall indicate the *voir dire* questions on which they agree and the *voir dire* questions on which they disagree, with specific objections and relevant legal authority noted below each disputed question.

   c. <u>Proposed jury instructions</u>.  The Parties shall submit a list of all standard jury instructions from the "Red Book" (Criminal Jury Instructions for D.C. (Barbara A. Bergman ed., May 2016 ed.)) that they wish to include in the final instructions.  The Parties need not submit the full text of any standard jury instruction but should provide the full text of (1) any modified standard jury instruction, with the proposed modification(s) redlined, and (2) any non-standard jury instruction they wish to have the court include.  As to each non-standard jury instruction, the sponsoring party should cite legal authority for the proposed instruction, and the non-sponsoring party should state any objection to the instruction, including any proposed modifications.

      d. <u>List of witnesses.</u>  The Parties shall identify the witnesses that each side anticipates it may call in its case-in-chief.  Only upon leave of court and a showing of good cause will a party be permitted to withhold a witness's identity.

      e. <u>Exhibit lists.</u>  The Parties shall include an exhibit list that each side anticipates it may introduce in its case-in-chief.  The Parties need not list any exhibit that might be used for purposes of impeachment.  The Parties should confer with Courtroom Deputy Courtney Moore about the format of the exhibit list.  The Parties should not provide a copy of the exhibits to the Court but must exchange pre-marked exhibits.  The Parties must be prepared to raise objections to any proposed exhibit at the Pretrial Conference.  The objecting party shall bring three copies of any contested exhibit to the Pretrial Conference.

      f. <u>Stipulations.</u>  The Parties shall submit a draft of all stipulations.

      g. <u>Proposed verdict form</u>.  The Parties shall include a draft verdict form, including any special interrogatories.  The draft verdict form should include a date and signature line for the jury foreperson.

7. In addition, on **August 8, 2024**, the Parties shall transmit, in Word format, an electronic copy of the Joint Pretrial Statement by email to the Courtroom Deputy Ms. Courtney Moore at courtney_moore@dcd.uscourts.gov.

8. The Parties shall meet and confer about exhibits and witnesses on or before **August 16, 2024**, to discuss anticipated objections and stipulations for admission.

9. The Court will schedule hearings on any motions filed by the Parties as necessary.

10. Counsel shall appear on **August 19, 2024**, at 12:30 p.m. in Courtroom 17 for a pretrial conference.

January 23, 2024

CARL J. NICHOLS
United States District Judge