# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| | ) |
| **v.** | ) CASE NO: 1:21-CR-00233 |
| | ) |
| **WILLIAM ROBERT NORWOOD, III,** | ) |
| | ) |
| DEFENDANT. | ) |
| | ) |

### NOTICE

Defendant hereby submits courtesy notice to the District Court that on February 5, 2024, he filed an Amicus Curiae Brief in the United States Supreme Court in support of the Petitioner in *Fischer v. United States,* Docket Number No. 23-5572. *See United States v. Fischer,* 64 F. 4th 329 (D.C. Cir. 2023), *cert. granted,* -- S. Ct. --, 2023 WL 8605748 (U.S. Dec. 13, 2023) (No. 23-5572).

A true and accurate copy of the Amicus Curiae Brief was published on the Supreme Court's website at the following address: https://www.supremecourt.gov/DocketPDF/ 23/23-5572/299741/20240205115326208_44648 pdf Cooperstein.pdf.

Respectfully submitted,

By Counsel:

_____/s/_____

MARINA MEDVIN, ESQ.
*Counsel for Defendant*

MEDVIN LAW PLC
916 Prince Street
Alexandria, Virginia 22314
Tel:  888.886.4127
Email: contact@medvinlaw.com

### CERTIFICATE OF SERVICE FOR CM/ECF

I hereby certify that on February 5, 2024, I will electronically file the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

_____/s/_____
Marina Medvin, Esq.