UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO. 21-CR-233 (CJN) |
| v. | : | |
| | : | |
| WILLIAM ROBERT NORWOOD, III, | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF ATTORNEY APPEARANCE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Benjamin J. Smith will appear on behalf of the United States in the above-captioned matter.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        District of Columbia
        Bar No. 481052

By:    */s/Benjamin J. Smith*
        Benjamin J. Smith
        Assistant United States Attorney
        N.Y. Bar Number 5220637
        United States Attorney's Office
        District of Columbia
        601 D Street, N.W.
        Washington, D.C. 20530
        202-304-0977 (c)
        202-252-2428 (o)
        Benjamin.smith4@usdoj.gov