UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 21-CR-233 (CJN) |
| v. : | |
| : | |
| WILLIAM ROBERT NORWOOD, III, : | |
| : | |
| Defendant. : | |

**GOVERNMENT'S MOTION FOR A CONTINUANCE AND TO CONVERT THE
TRIAL DATE FOR THIS MATTER TO A STATUS HEARING**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this motion for a continuance of the trial of this matter, currently set to commence on August 26, 2024, and to convert the trial date to a status hearing in light of the U.S. Supreme Court's recent decision in *Fischer v. United States*, 603 U.S. ___, 2024 WL 3208034 (June 28, 2024). The Government respectfully submits that more time is needed to assess the impact of the *Fischer* decision on this matter, and that continuing the trial and converting the August 26, 2024, trial date to a status hearing would allow the parties adequate time to make this determination. Additionally, the Government respectfully submits that continuing the trial and converting the trial date to a status hearing is appropriate as various trial-related filing deadlines are fast approaching and submitting briefs to this Court before the parties have had adequate time to assess and determine the *Fischer* decision's impact would be premature and a waste of the Court's time and resources.

**Brief Procedural History**

The Defendant was indicted on March 19, 2021, and charged with violations of 18 U.S.C. 1512(c)(2) (Obstruction of an Official Proceeding); 18 U.S.C. 641 (Theft of Government Property); 18 U.S.C. 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds);

18 U.S.C. 1752(a)(2) (Disorderly or Disruptive Conduct in a Restricted Building or Grounds); 40 U.S.C. 5104(e)(2)(C) (Entering or Remaining in Certain Rooms in the Capitol Building); 40 U.S.C. 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building); and 40 U.S.C. 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building). *See* ECF 8. A superseding indictment was filed on July 28, 2021. *See* ECF 20. Subsequent to an unopposed motion by the Government (*see* ECF 44), certain elements of the indictment were struck, and an updated superseding indictment was filed on May 9, 2022. *See* ECF 45. Specific to the instant application, the charges brought against the Defendant pursuant to 18 U.S.C. 1512(c)(2) remained consistent across all versions of the indictment, superseding indictment, and updated superseding indictment. Pursuant to an order of this Court, this matter was set for trial to commence on August 26, 2024. *See* Minute Order dated December 19, 2023. Additionally, pursuant to a Scheduling Order issued by this Court on January 23, 2024, the parties were directed to begin filing trial-related papers on July 12, 2024. *See* ECF 75.

### *Fischer* and Its Impact on this Matter

As this matter was being investigated and litigated, *Fischer* was litigated through the D.C. Circuit and ultimately the Supreme Court, which issued its decision on June 28, 2024. In *Fischer*, the Supreme Court held that Section 1512(c) does not cover "all means of obstructing, influencing, or impeding any official proceeding." Op. 8. However, the Court did not reject the application of § 1512(c)(2) to January 6 prosecutions. Rather, the Court explained that the government must establish that the defendant impaired the availability or integrity for use in an official proceeding of records, documents, objects, or other things used in the proceeding – such as witness testimony or intangible information – or attempted to do so. *Id.* at 9, 16. The Supreme Court remanded the case to the D.C. Circuit for further proceedings. *Id.* Through those further proceedings, the court

2

of appeals will interpret the scope of the statute further, which may include circumstances like the Defendant's, who intended to stop the certification proceeding and affect the voting and balloting underlying the certification. *See* Op. 16 (delineating that it would still remain a crime to attempt to impair the integrity of availability of records, documents, objects, or other things used in the proceeding); *id.* at 8 (Jackson, J., concurring) ("And it might well be that Fischer's conduct, as alleged here, involved the impairment (or the attempted impairment) of the availability or integrity of things used during the January 6 proceeding").

Given the remand to the Circuit and the ongoing litigation in *Fischer*, the Government is still evaluating the *Fischer* decision's impact on this and other January 6 cases. Relatedly, should the Government determine that there is evidence here sufficient to support the 18 U.S.C. 1512(c)(2) charge in light of the *Fischer* decision, there will almost certainly be litigation that will require the trial date to be postponed. Moreover, should the grand jury return a second superseding indictment in this matter and bring new charges against the Defendant, it is also extremely likely that additional litigation would follow, making an August 26, 2024, trial date unlikely. Finally, as noted above, pursuant to this Court's scheduling order the parties are to begin filing trial-related papers on July 12, 2024. The Government respectfully submits that, with the recent issuance of the *Fischer* decision, and the ongoing effort to determine its impact on this and other January 6 matters, the filing of papers in this matter would be premature and a waste of the Court's time and resources. For all of these reasons, the Government respectfully requests that the trial be continued and the trial date be converted to a status hearing.

                Respectfully submitted,

                MATTHEW M. GRAVES
                United States Attorney
                District of Columbia
                Bar No. 481052

By:   /s/*Joseph S. Smith, Jr.*
Joseph S. Smith, Jr.
Assistant United States Attorney
CA Bar No. 200108
United States Attorney's Office
District of Columbia
601 D Street, N.W.
Washington, D.C. 20001
(619) 546-8299
Joseph.s.smith@usdoj.gov

*/s/Benjamin J. Smith*
Benjamin J. Smith
Assistant United States Attorney
N.Y. Bar Number 5220637
United States Attorney's Office
District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
202-304-0977 (c)
202-252-2428 (o)
Benjamin.smith4@usdoj.gov