UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO. 21-CR-233 (CJN) |
| v. | : | |
| | : | |
| WILLIAM ROBERT NORWOOD, III, | : | |
| | : | |
| Defendant. | : | |

### GOVERNMENT'S SUPPLEMENT REGARDING DEFENDANT NORWOOD'S MOTION TO DISMISS COUNT ONE OF THE FIRST SUPERSEDING INDICTMENT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this supplement in order to submit that defendant William Robert Norwood's motion to dismiss Count One of the First Superseding Indictment, ECF 56, is now moot for the reasons provided below.

On July 28, 2021, a grand jury returned a First Superseding Indictment, ECF 29, that included a charge in Count One under 18 U.S.C. §§ 1512(c)(2) and 2, along with other charged offenses not relevant here.

On April 14, 2023, the defendant moved to dismiss the Section 1512(c)(2) violation charged in Count One of the First Superseding Indictment. ECF 56. The United States responded in opposition, ECF 59, and the defendant filed a reply. ECF 60.

On June 30, 2024, the defendant filed a supplement to his motion to dismiss Count One citing the recent decision in *Fischer v. United States*, 144 S. Ct. 2176 (2024).

On July 25, 2024, a federal grand jury returned the Second Superseding Indictment in this matter. ECF 88. Count One now charges Norwood with a violation of 18 U.S.C. § 231(a)(3) and additional counts not relevant here, except that none of the other counts in the Second Superseding Indictment contain any charge alleging a violation of 18 U.S.C. §§ 1512(c)(2) and 2.

As a result of the grand jury returning the Second Superseding Indictment—which does not contain any charge under 18 U.S.C. §§ 1512(c)(2) and 2—and the government's intention to proceed

to trial only on the charges in the Second Superseding Indictment, Norwood's motion to dismiss, which only sought dismissal of an offense charged under 18 U.S.C. §§ 1512(c)(2) and 2, is now moot. Therefore, the government respectfully submits that the Court should deny Norwood's motion to dismiss Count One of the First Superseding Indictment, ECF 56, as moot.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        District of Columbia
        Bar No. 481052

By:    */s/Joseph S. Smith, Jr*
        Joseph S. Smith, Jr.
        Assistant United States Attorney
        CA Bar No. 200108
        United States Attorney's Office
        District of Columbia
        601 D Street, N.W.
        Washington, D.C. 20001
        (619) 546-8299
        Joseph.s.smith@usdoj.gov

        */s/Benjamin J. Smith*
        Benjamin J. Smith
        Assistant United States Attorney
        N.Y. Bar Number 5220637
        United States Attorney's Office
        District of Columbia
        601 D Street, N.W.
        Washington, D.C. 20530
        202-304-0977 (c)
        202-252-2428 (o)
        Benjamin.smith4@usdoj.gov