UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.  ) | Criminal Case No: 21-CR-233 (CJN) |
| ) | |
| **WILLIAM ROBERT NORWOOD, III**, ) | Trial: Aug. 26, 2024 |
| ) | |
| Defendant. ) | |

### Motion for a Bill of Particulars

As an alternative motion to Defendant's Motions to Dismiss and Motion for Sanctions, ECF No. 91 and 94, and pursuant to Fed. R. Evid. 7(f), the Defendant moves for a Bill of Particulars for Count One of the Second Superseding Indictment.

The purpose of a bill of particulars is to apprise the defendant of the nature of the charges in such a way as to ensure that he (1) understands the charges, (2) can prepare a defense, (3) can avoid prejudicial surprise at trial, and (4) can potentially be protected against retrial for the same offenses. *United States v. Butler*, 822 F. 2d 1191 (D.C. Cir. 1987). A bill of particulars serves as a type of lesser-included tool in the Federal Rules of Evidence to address the concerns outlined by Defendant in his Motion to Dismiss.

Incorporating by reference the arguments of insufficiency of the indictment made in ECF No. 91 at *6-9, the Defendant asks this court to order a Bill of Particulars on Count One. The Defendant is seeking notice sufficient "of what he must be prepared to meet." *Russell v. United States*, 369 U.S. 749, 763-64 (1962). *See also United States v. Mostofsky*, Case No. 21-138 (JRB)

(D.D.C. Jul. 27, 2021) ("the Government must reveal what 'act' Defendant took that allegedly falls under Section 231(a)(3)" and "what 'federally protected function' was 'obstructed, delayed, and adversely affected,'" granting a Motion for a Bill of Particulars); *United States v. Connell*, Case No. 21-0084 (PLF) (D.D.C. Jun. 30, 2023) ("bill of particulars identifying the officer — or officers — in question is therefore necessary to clarify the charge").

Specifically, the defendant requests the following particulars as necessary to understand, and prepare a defense to, the Civil Disorder charge against him:

1. During what time period did the alleged crime occur? *See United States v. Cruikshank*, 92 U.S. 542, 558 (1875).

2. Who is the alleged officer or officers victimized by the defendant's actions? *See United States v. Connell*, Case No. 21-0084 (PLF) (D.D.C. Jun. 30, 2023).

3. What was the operative *actus reus* that is alleged to have been committed? *See United States v. Mostofsky*, Case No. 21-138 (JRB) (D.D.C. Jul. 27, 2021). The Government's responses to defendant's motions make some reference to both speech and acts. The defense seeks specificity for preparation.

4. What function is the government alleging as a "federally protected function" that was "obstructed, delayed, and adversely affected"? *See United States v. Mostofsky*, Case No. 21-138 (JRB) (D.D.C. Jul. 27, 2021).

The decision to order a Bill of Particulars rests entirely within the discretion of this Court. Considering the significant deficiencies of the Second Superseding Indictment outlined by the defendant, a Bill of Particulars appears to be an equitable alternative remedy that balances the

interests of the parties in instances when a defendant cannot meet the burden for a Motion to Dismiss the Indictment.

WHEREFORE the defense requests for this Court to Order a Bill of Particulars if the defendant does not meet the burden for a Motion to Dismiss the Indictment.

                                       Respectfully submitted,

                                       By Counsel:

                                       _____/s/_____
                                       MARINA MEDVIN, ESQ.
                                       *Counsel for Defendant*
                                       MEDVIN LAW PLC
                                       916 Prince Street
                                       Alexandria, Virginia 22314
                                       Tel:  888.886.4127
                                       Email: contact@medvinlaw.com

## CERTIFICATE OF SERVICE FOR CM/ECF

      I hereby certify that on August 10, 2024, I will electronically file the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

                                       _____/s/_____
                                       Marina Medvin, Esq.