# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | CRIMINAL CASE NO: 21-CR-233 (CJN) |
| ) | |
| **WILLIAM ROBERT NORWOOD, III**, ) | TRIAL: OCT. 29, 2024 |
| ) | |
| DEFENDANT. ) | |

## MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE

Mr. Norwood seeks to modify his pretrial release conditions to reflect the standard conditions in January 6 cases that are pending before this district. In support thereof, he states as follows:

1.  Defendant's pretrial release conditions were last modified by this court eleven months ago, on Sep. 11, 2023, on Defendant's motion.

2.  Mr. Norwood's current conditions are more restrictive than standard pretrial release conditions and include a curfew and ankle monitoring.

3.  Mr. Norwood has been entirely compliant with his pretrial release conditions for a period of 20 months, since he was released from pretrial detention in January of 2023.

4.  The pretrial release violation that previously concerned the government occurred *over two and a half years ago* and Mr. Norwood served eleven months of incarceration for that violation.

5.  Since the Government indicted a new felony during trial preparations and the defense was forced to seek a continuance to adequately prepare to defend the new charge, Mr. Norwood is forced to remain on restrictive pretrial release conditions for at least two additional months longer than previously anticipated.

6.  Mr. Norwood is seeking to amend his current pretrial release conditions to the standard pretrial release conditions imposed on January 6 defendants facing similar charges. The standard conditions list as requested by the Government, in the words used by the Government, is as follows:

    (1)  Stay away from DC unless for Court, Pretrial or consultation with attorney
    (2)  Report to Pretrial Services from home jurisdiction as directed and verify their address if they have not already done so
    (3)  Notify Pretrial Services in advance of any travel within the US outside of home federal court jurisdiction
    (4)  Must obtain Court approval to Travel outside of the continental US
    (5)  Must Participate in all future proceedings as directed
    (6)  Report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops
    (7)  Must not possess any firearms, destructive devices, or dangerous weapons (if courtesy supervised)
    (8)  Must Not commit local/state/federal crimes

7.  The Defense, therefore, requests the entry of a new order of pretrial release conditions that reflect these standard January 6 conditions of pretrial release.

8.  On August 13, 2024, undersigned counsel immediately reached out to the pretrial supervision officer assigned to Mr. Norwood, per the court's request at the hearing held earlier that day. As of August 23, 2024, pretrial services did not officially respond to the Defense, after repeated attempts to obtain their position.

9. Counsel for the Government, although aware of Defendant's intentions and request since August 13, 2024, has not provided the defense with its position either.

WHEREFORE Mr. Norwood requests that the Court grant his request and asks that the Government respond to this motion within three business days, as the Government has been aware of this request since August 13, 2024.

Respectfully submitted,

By Counsel:

_____/s/_____
MARINA MEDVIN, ESQ.
*Counsel for Defendant*
MEDVIN LAW PLC
916 Prince Street
Alexandria, Virginia 22314
Tel:  888.886.4127
Email: contact@medvinlaw.com

## CERTIFICATE OF SERVICE FOR CM/ECF

I hereby certify that on August 23, 2024, I will electronically file the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

_____/s/_____
Marina Medvin, Esq.