UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | Criminal Case No: 21-CR-233 (CJN) |
| ) | |
| **WILLIAM ROBERT NORWOOD, III**, ) | Trial: Oct. 29, 2024 |
| ) | |
| Defendant. ) | |

**Reply to ECF No. 102**

The Government asserts that the Defense is obligated to wait for pretrial services to respond to undersigned counsel before seeking relief from the Defendant's pretrial release conditions. This claim is inaccurate; no such requirement exists in the law. The Defendant is fully within his rights to seek relief from unduly restrictive pretrial release conditions. *See* 18 U.S.C. § 3142.

Furthermore, the Defense has been waiting for an official response from pretrial services for over two weeks. The Defendant is not required to wait indefinitely, nor at all. While a response is preferred, pretrial may simply choose not to provide one to Defense counsel, opting instead to communicate directly with the Court—just as they did last year in this very case, despite having nothing negative to report.

The Government's recounting of conversations between counsel regarding what pretrial services might decide is irrelevant. The Defendant did not pursue relief based on any speculative discussions but instead informed the Court that an official response had not been received from

the pretrial office. This Court has the authority to promptly order pretrial to respond when their input is necessary, as it did last year in Mr. Norwood's case when pretrial services refused to provide a direct response to the defense.

Both the Government and the Defense are fully aware that there have been no pretrial violations in this case. The Government had the same opportunity to seek input from pretrial services as the Defense did but chose not to. The absence of a formal opinion from pretrial services should not be used as a basis to avoid responding in this matter. The Government's assertion that this motion should be dismissed due to a lack of pretrial input is patently absurd.

The Defendant, therefore, respectfully requests that his motion be granted, as the Government has failed to articulate any legal basis for its opposition.

Respectfully submitted,

By Counsel:

_____/s/_____
MARINA MEDVIN, ESQ.
*Counsel for Defendant*
MEDVIN LAW PLC
916 Prince Street
Alexandria, Virginia 22314
Tel:  888.886.4127
Email: contact@medvinlaw.com

**CERTIFICATE OF SERVICE FOR CM/ECF**

I hereby certify that on August 24, 2024, I will electronically file the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

_____/s/_____
Marina Medvin, Esq.